OPINION — AG — ** WITNESS FEES — MILEAGE — COURT FUND ** (1) NEITHER WITNESS FEES NOR SHERIFF'S FEES AND MILEAGE IN SERVING SUBPOENAS IN A PROCEEDING FOR THE REVOCATION OF A NON INTOXICATING BEVERAGE LICENSE MAY LAWFULLY BE PAID OUT OF THE COURT FUND. (2) OPINIONS NO. OCTOBER 25, 1944, OPINION NO. JUNE 23, 1951 ARE CONSISTENT WITH THIS ONE. (LICENSE, ALCOHOLIC BEVERAGE CONTROL LICENSE) CITE: 19 O.S. 180.43 [19-180.43], 28 O.S. 6 [28-6], 28 O.S. 8 [28-8] [28-8], 37 O.S. 81 [37-81] (JAMES P. GARRETT)